UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHORELINE ASSETS GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAN ALVARADO MAYEN,<br><br>    Defendant. | Case No. 14-cv-04120-KAW  (JST)<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 6 |

Before the Court is Shoreline Assets Group, LLC's Motion to Remand. ECF No. 6. The Court notes that the time to respond to the Motion to Remand has passed. Further, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, scheduled by Judge Westmore for November 20, 2014, is hereby VACATED. No future date for the hearing will be set.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
JON S. TIGAR
United States District Judge